EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| INTEGRACION DE SALAS DE VERANO | 2002 TSPR 86<br><br>157 DPR _____ |

Número del Caso: ES-2002-1

Fecha: 27/junio/2002

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

INTEGRACIÓN DE SALAS
DE VERANO

ES-2002-1

RESOLUCION

San Juan, Puerto Rico, a 27 de junio de 2002

De conformidad con lo dispuesto en la Regla 4(d) del Reglamento de este Tribunal, se constituyen las siguientes Salas de Verano para funcionar durante el receso:

Del 1ro. de julio al 16 de agosto de 2002

   Hon. Francisco Rebollo López, Presidente
   Hon. Miriam Naveira de Rodón
   Hon. Federico Hernández Denton

Del 17 de agosto al 30 de septiembre de 2002

   Hon. José A. Andréu García, Presidente
   Hon. Jaime B. Fuster Berlingeri
   Hon. Baltasar Corrada del Río
   Hon. Efraín E. Rivera Pérez

Los Presidentes de Sala quedan facultados para sustituir a los Jueces que no puedan intervenir en algún asunto ante su consideración, y asimismo para convocar al Pleno del Tribunal cuando fuere necesario.

El Tribunal continuará emitiendo y certificando opiniones y sentencias durante este periodo.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.


Patricia Otón Olivieri
Secretaria del Tribunal Supremo